# PER CURIAM DECISIONS AND ORDERS OF THE COURT WITHOUT OPINION, JUNE TERM, 1914.

---

J. M. Bell, Sheriff, Appellant, v. Electric Appliance Company, a Corporation, and the Filer & Stowell Company, a Corporation, Appellees.

Appeal from a Judgment of the Circuit Court for Walton County.

This being a suit at law, and no writ of error having been issued, the appeal is dismissed.

S. K. Gillis, for Appellant;

W. T. Bludworth, for Appellees.

---

State ex rel. T. J. Appleyard, Jr., Relator, v. H. Clay Crawford, Secretary of State, Respondent.

Original Proceedings.

Petition for Alternative Writ of Mandamus denied by the Court.

W. J. Oven and Fred T. Myers, for Relator.